UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:12-MJ-1875-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | **ORDER TERMINATING** |
| | ) | **SUPERVISION** |
| **Tyler J. Pierce** | ) | |

On November 6, 2012, Tyler J. Pierce appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 13 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on November 20, 2013, the court finds as a fact that Tyler J. Pierce, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to perform community service.
2. Failure to pay a monetary obligation.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and terminating probation.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be terminated.

This the 20th day of November, 2013.

_____
James E. Gates
United States Magistrate Judge